UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID WAYNE HISER,

    Plaintiff,

v.                                     Case No. 2:17-CV-36

SCOTT ALDRIDGE,              HON. GORDON J. QUIST

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Greeley's June 12, 2018, Report and Recommendation recommending that the Court grant Defendant's motion for summary judgment and dismiss the remaining claim. The Magistrate Judge found that the evidence fails to support a claim that Defendant acted with deliberate indifference to Plaintiff's medical needs. The Report and Recommendation was duly served on the parties on June 12, 2018. No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (ECF No. 31), is **APPROVED AND ADOPTED** as the Opinion of this Court.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 24), is **GRANTED** and Plaintiff's remaining claim is **DISMISSED WITH PREJUDICE**.

A separate judgment will enter.

Dated: July 12, 2018                            /s/ Gordon J. Quist
                                                          GORDON J. QUIST
                                              UNITED STATES DISTRICT JUDGE